Case 4:16-cv-00033-AKK-SGC   Document 1   Filed 01/07/16   Page 1 of 11

1983 Form

CV-16-K-0033-M

FILED
2016 Jan-07 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
# For the Northern District of Alabama

FILED
2016 JAN -7 A 11: 45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**LLOYD MOORE**
**# 133228**

_____

LLOYD MOORE
(Enter above the full name(s) of the
Plaintiff(s) in this action)

V

-1) NURSE BESETTE
-2) CORIZON HEALTH SERVICES

{ * STATE AGENT REFUSED EMERGENCY MEDICAL TREATMENT

(Enter above the full name(s) of the
Defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )    No (X)

B. If you answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): _____ N/A _____

      Defendant(s): _____

   2. Court (if Federal Court, name the district; if State Court, name the county)

      N/A

   3. Docket Number _____

   4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement ST. CLAIR PRISON SPRINGVILLE, ALABAMA

A. Is there a prisoner grievance procedure in this institution?

Yes X    No ( )   ONLY MEDICAL —

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes X    No ( )

C. If your answer is YES:

1. What steps did you take? filed grievance (medical)

2. What was the result? NOTHING. NO ANSWER.

D. If your answer is NO, explain why not? N/A

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) LLOYD MOORE #133728
LLOYD MOORE #133728

Address S.C.C.F. G5-18, 1000 St. Clair Road, Springville Alabama, 35146

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **NURSE BESETTE**
   is employed as **NURSE SUPERVISER (CORIZON, EMPLOYEE)**
   at **St Clair Prison Infirmary**.

C. Additional Defendants **CORIZON HEALTH SERVICES — ST. CLAIR PRISON INFIRMORY @ 1000 ST. CLAIR ROAD Springville, Ala 35146**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *(Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

**SEE ATTACHED PAGES —**

● **REFUSED EMERGENCY MEDICAL TREATMENT.**

※ See attached pages starting next page.

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

LLOYD MOORE, 133728
• plaintiff •

v.

1) NURSE BESETTE
2) CORIZON HEALTH SERVICES
• defendants •

• civil action case **number:**
_____
• (to be supplied by clerk) •
(*page #1 of 6*)
(* DENIAL OF EMERGENCY MEDICAL CARE BY STATE AGENT *)

** ADDITIONAL PAGE(S) ATTACHED TO 42 USC § 1983 FORM **

Now before this Honorable Court, ut supra, is the above named Plaintiff, LLOYD MOORE (herein after MOORE) pro se, respectfully requesting that this Honorable Federal District Court intervene on behalf of Citizens of the United States, Alabama, that are incarcerated herein ALABAMA DEPARTMENT OF CORRECTIONS (hereafter A.D.O.C.) and have been, ARE PRESENTLY BEING, MISTREATED in violation of the United States Constitution (U.S.C.) 8th (EIGHTH) Amendment thereto, specifically stated in ESTELLE V GAMBLE ___ US ___ (1979) where state agents are deliberately, vindictively, maliciously denying citizens EMERGENCY MEDICAL CARE and remaining deliberately indifferent to the incarcerated citizens, namely Plaintiff herein, MOORE'S SERIOUS MEDICAL NEEDS.

Plaintiff, Moore, is an incarcerated American Citizen, Alabamian AIS# 133728, A.D.O.C., stationed at St. Clair Prison (@ 1000 St. Clair Road Springville Alabama 35146 - well within this Honorable Courts jurisdictional authority. MOORE is protected from abuse of physical person by USC, Amendments thereto, Alabama Constitution 1901 §§ 1-25 Ala Code 1975, and Federal and State Court opinions relevant to issue(s) herein, FURTHER, the Americans with Disabilities Act 42 USC § 12101

○ FACTS RELEVANT TO CLAIM(S) HEREIN ○

1) INCIDENT HAPPENED ON TUESDAY December 22, 2015
2) Plaintiff Moore is an inmate, A.D.O.C. #133728, At St. Clair Prison

NEXT →
page 1 of 6



3) INCIDENT OCCURRED at St Clair Prison infirmary, address above; The area known as the Nurses station / Treatment areas.

4) NURSE BESETTE, defendant #1, answered the summons by corrections staff at treatment area / nurses station to medically treat Plaintiff Moore.

5) Plaintiff MOORE had wound that was bleeding profusely; MOORE had cut his finger and it was bleeding very badly.

6) NURSE BESETTE told Plaintiff Moore that he, MOORE, had NOT BEEN "CLEARED" to be at Nurses station / treatment area. NURSE BESETTE stated further to Plaintiff Moore that he, MOORE, WOULD NOT BE TREATED. No medical assistance forthcoming and that MOORE MUST LEAVE AREA.

7) The posted infirmary guard supervising the NURSES station / treatment area (A.D.O.C. sercurity personell) CoI Knight, told Plaintiff Moore that he, MOORE, would have to leave infirmary and return to assigned living area since medical staff would not treat, NURSE BESETTE.

8) Plaintiff Moore bandaged the wound as best he could and did report the entire incident (nurses station: Nurse Besette (above)) to the jeriactrics G5 guard that had initially ordered MOORE to go to infirmory, CoI Parton. Plaintiff Moore wrote out a CORIZON grievance form which was hand delivered December 23, 2015, about incident with Nurse Besette and saids refusal to provide EMERGENCY MEDICAL CARE for MOORE.

9) Plaintiff Moore files instant 42 USC § 1983 form.

---

## * RELEVANT FACT(S) HISTORY OF INCIDENT *

1) NURSE BESETTE, defendant #1, is the principle defendant BECAUSE:

A) DIRECTLY, willfully, intentionally, and maliciously DENIED Plaintiff Moore medical treatment for serious medical needs, an EMERGENCY situation, violating Plaintiff MOORES, guaranteed, civil rights while Defendant #1 NURSE BESETTE was acting as State Agent, personally choosing to, REFUSE MOORE medical attention. This incident occurred on December 22, 2015, TUESDAY, after MOORE had presented wound to said NURSE BESETTE at the NURSES STATION / Treatment area of St. Clair Prison Infirmary at approximately 10:30 a.m. After MOORE had been given access by 3 (three) Correctional Officers, these were:

• MOORE v. BESETTE (page 3 of 6)
Case 4:16-cv-00033-AKK-SGC   Document 1   Filed 01/07/16   Page 6 of 11
December 2015

(Continuation of History/Facts)

## THE CORRECTIONAL OFFICERS:

A) Co I Parton, the G-5 geriatrics UNIT guard (A.D.O.C. employee) PARTON looked at bleeding wound/cut knowing MOORE was/is a DIABETIC and ORDERED MOORE to the infirmary. B) Co I Christian the entrance guard to the infirmary. Co I Christian had been contacted by Co I Parton of G5 Unit, Co I Christian saw bleeding wound of MOORE and allowed MOORE access to hallway that leads to Nurses station Treatment area. C) Co I Knight, nurses station/treatment area of infirmary guard that did see bleeding cut of MOORE, announced MOORE presence in nurses station/treatment area and that MOORE had bleeding wound.

*** FOR ALL PURPOSES THE PLAINTIFF, MOORE was "CLEARED" to be at said location of infirmary by security staff.

2) Plaintiff Moore, is well known to CORIZON medical staff at St Clair Prison Infirmary as being 1 (one) of the many diabetics prescribed daily insulin shots. NURSE BESETTE defendant #1 has treated MOORE in the past and knows MOORE physical disabilities and medical issue(s) that are very serious.

3) NURSE BESETTE is a certified Nurse and legally should be aware of the absolute NECESSITY of immediately treating open wounds of a diabetic due to amputation of body part if infection results from wound.

4) Nurse Besette is a medical professional contracted via employer (CORIZON) to provide medical treatment/assistance for inmates of A.D.O.C. and is legally/ethically bound to provide said care AND EMERGENCY styled medical treatment for same inmates.

5) CORIZON HEALTH SERVICES, defendant #2, is being sued by Plaintiff MOORE Because: 1) Protocols developed and traditionally utilized by corizon allow employees to engaged inmates not as clients in need of medical service(s) but as convicted Felons that get only what is given allowed by law and inside BUDGET CONSTRICTION(S).

2) Protocols developed and traditionally utilized by CORIZON allow for medical staff to act as superiors, supervisors, with authority over inmates to grant or deny medical care (EMPLOYEES May Ex Mero Moto decide to dismiss inmates WITHOUT DUE PROCESS, arbitrary and capriciously from infirmary denying medical treatment if inmate ALLEGEDLY uses PROFANITY, SMART ALECKS or/and exhibits RUDE LEWD, behavior. ***CASE AT BAR - - Nurse Besette notified

(3)
(see next to)

-- Plaintiff MOORE that MOORE had not been cleared to be present in infirmary at the Nurses station/treatment area and that NURSE BESETTE would not treat Plaintiff MOORE ; MOORE was allowed access to infirmary by corrections staff Co I Parton, Co I Christian, and Co I Knight (this Co I NOTIFIED nurses that MOORE was present with bleeding wound) This is the security staff AND it's blatantly clear that Plaintiff MOORE was granted access by A.D.O.C. - What is also very clear is that NURSE BESETTE felt that her Besettes actions were justified that her, Besette, employment with CORIZON would not be in jeopardy. DEFENDANT #2 CORIZON does not find the necessity of expecting employees to know civil rights of incarserated Person(s). CORIZON does not find interviewing employees with psychologist (to determine potential employees SANE WITHOUT MENTAL DEFECT/DISEASE) to be necessary.

(a) CORIZON, defendant #2, is the contracted health care provider for inmates of A.D.O.C. meaning a CONTRACTUAL AGREEMENT EXISTS BETWEEN the State of Alabama and Corizon Health Services to provide said case for inmates of A.D.O.C. This contract is based on MONEY financial, monetary value, US Dollars, AND said contract is said to be for SUM CERTAIN meaning said sum is NOT to be breached. Costs will stay below sum certain.

*CORIZON employees are authorized and rewarded with pay and promotion UPGRADES if costs are kept below expected projections/sums concerning their relevant departments. Inmates of A.D.O.C. are compelled to endure this onus (burden) with their inmates physical being - inmates lose their lives due to this - are permanently disfigured due to this; inmates are suffering physical and mental SEVERE PAIN, PAIN nonetheless, and permanently mentally scarred! Inhumane SUB-PAR (PAR = MODERN HEALTH CARE) medical treatment.

## REQUESTED RELIEF:

Plaintiff Moore, respectfully requests TRIAL BY JURY concerning the facts of this cause and is suing the defendants in official and unofficial capacities for monetary damages that will be paid by the defendant(s) #1 and #2 to the Plaintiff, Moore, in the amount(s):

o COMPENSENTORY DAMAGE(S) $1,000.00 (one thousand →

(4)

NEXT page 4 of 6

MONEY REQUESTED (5) page 5 of 6
Case 4:16-cv-00033-AKK-SGC   Document 1   Filed 01/07/16   Page 8 of 11
(CONTINUATION OF RELIEF:) ( DECEMBER 2015 )

(ocomp -- US DOLLARS) to $1,000,000.ºº (one million US DOLLARS) as determined by jury. (US CURRENCY)

o PUNITIVE DAMAGE(S) $1,000.ºº (one thousand US DOLLARS) to $1,000,000.ºº (one million US DOLLARS) (currency of U.S. of A) AS DE-TERMINED BY JURY.

* DECLARATORY JUDGEMENT by The Honorable U.S. Federal District Court FOR DEFENDANT #2 — as follows:

  o CORIZON has long enjoyed the "cost effectiveness" of inmate healthcare. Profit margins are high. The Chief Executive Officer, Board Members, are hereby ORDERED by the U.S. Federal District Court of Alabama to now EMPLOY the following directions into CORIZONS protocols, Standards of operation:

    o A) All potential employees, and existing employees will be instructed by CORIZON on the Civil Rights of Incarcerated American Citizens and other prisoners, Alabama, subjected to CORIZON personell as said RIGHTS are relevant to incarcerated American, Alabamian, medical care and access to same.

    o B) All potential employees, and existing employees of CORIZON will be ~~instructed~~ interviewed by Mental Health Experts, psychologists, psychiatrists and WILL BE determined SANE, existing without mental Disease or Defect, mentally sound, thereby and therefore passing a mental health exam, before allowing said employees to medically assist any incarserated person with medical issue(s) to include but not limited to EMERGENCY medical care, standard care, and disabled person(s) care

* AT NO TIME WILL A CORIZON employee DISMISS, DENY, and/or DELAY medical treatment and/or assistance to an incarserated person of America, Alabama, without DUE PROCESS OF LAW.

  o Sercurity issue(s) will be handled by sercurity personell NOT medical staff.

  o Due to "cost effectiveness" standard created no doubt by wealthy business executives with their costly representatives before the Courts, the standard of medical care for the incarserated American, Alabam~~erican~~, Citizen will be PAR = to modern healthcare standards to include: REHABILITATION, therapy, and specialist care. As all Americans citizens, by Presidential Decree →

Con't'd ⟶ LAWS of this nation, are to be INSURED medically there is no cause for those subjected to CORIZON'S care to not be protected from LAX, INEFFICENT, most probably SUB-PAR treatment.

* Any and all other relief this Court will allow. *
  (° For all inmates will be subjects to this ruling of the Courts.)

° Wherefore, above stated premises considered the Plaintiff Floyd Moore asks this Court for intervention and relief.

Respectfully,
Floyd Moore pro se.

• I, Floyd Moore, certify under penalty of perjury that the above stated facts are true and correct to the best of my ability and understanding...

Respectfully,
• Floyd Moore pro se

Floyd Moore #133728
S.C.C.F. G5-18
1000 St Clair Road
Springville, Alabama
—35146

• Done this the 23rd day of December 2015.

• affidavit of merit •
• pursuant to 28 USC § 1746

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

○ SEE ATTACHED PAGES ○

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2015
         (date)

★ Floyd Moore 133728
S.C.C.F. G5-1B
1000 St. Clair Road
Springville, Alabama
   — 35146

Signature(s)

LOYD MOORE #133728
◦ S.C.C.F. G5-18
1000 St. Clair Road
Springville, Alabama
— 35146

SECURITY
JAN 07 2016
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA




"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

◦ ATTN: Clerk of Fed. Dist. Ct.
◦ New Filing◦

* U.S. Federal Courthouse
OFFICE OF THE Fed. Dist. Ct. Clerk.
◦ 1729 ◦ 5th Avenue North Street
Birmingham, Alabama
35203